IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| KEITH LYNCH, | ) | |
| | ) | |
| Plaintiff, | ) | No. C14-4072-LTS |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| CUSTOM WELDING AND REPAIR, | ) | IN A CIVIL CASE |
| INC. AND RANDALL G. SEASE, d/b/a | ) | |
| SEASE LAW FIRM, | ) | |
| | ) | |
| Defendants. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Keith Lynch, take nothing and this matter is dismissed in its entirety.

Dated: November 6, 2015     ROBERT L. PHELPS
                            Clerk

                            /s/ djs
                            (By) Deputy Clerk